UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
RAZILL C. BECHER,
Individually and On Behalf of All Others  :  **ELECTRONICALLY FILED**
Similarly Situated
                                          :  08 CV 2866 (RWS)
                    Plaintiff,
                                          :
        - against -                          **NOTICE OF APPEARANCE**
                                          :
THE BEAR STEARNS COMPANIES, INC.,
et al.,                                   :

                    Defendants.           :
-----------------------------------x

      Please take notice that the undersigned, of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, is hereby entering an appearance as counsel of record for Alan D. Schwartz.

Dated:   New York, New York
         May 12, 2008

                                                                       /s/ Jay B. Kasner
                                               Jay B. Kasner
                                               SKADDEN, ARPS, SLATE,
                                                 MEAGHER & FLOM LLP
                                             (Jay.Kasner@skadden.com)
                                             Four Times Square
                                             New York, New York 10036
                                             (212) 735-3000

                                             Attorneys for Defendant
                                               Alan D. Schwartz

CERTIFICATE OF SERVICE

The undersigned, an attorney duly admitted to practice law before this Court, hereby certifies under penalty of perjury, that on May 12, 2008, I caused a true copy of the

- *Notices of Appearance*

to be served upon the following party as indicated:

<u>By First-Class Mail</u>

Debbie R. Gross
The Law Office of Bernard M. Gross, P.C.
1515 Locust Street
2nd Floor
Philadelphia, PA 19102

Darren J. Robbins
David C. Walton
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

Dated: New York, New York
May 12, 2008

_____
Steven Ray Katzenstein