UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTSIDE HOLDINGS INC., Individually and on Behalf of All Others Similarly Situated, | Electronically Filed |
| Plaintiff, | |
| v. | Civil Action No.: 1:08-cv-02793 (RWS) (ECF Case) |
| THE BEAR STEARNS COMPANIES INC., JAMES E. CAYNE, ALAN D. SCHWARTZ, WARREN J. SPECTOR, SAMUEL L. MOLINARO, JR. and ALAN C. GREENBERG, | Hon. Robert W. Sweet |
| Defendants. | |
| RAZILL C. BECHER, Individually and on Behalf of All Others Similarly Situated, | Electronically Filed |
| Plaintiff, | |
| v. | Civil Action No.: 1:08-CV-02866 (RWS) (ECF Case) |
| THE BEAR STEARNS COMPANIES INC., JAMES E. CAYNE, ALAN D. SCHWARTZ, WARREN J. SPECTOR, SAMUEL L. MOLINARO, JR. and ALAN C. GREENBERG, | Hon. Robert W. Sweet |
| Defendants. | |
| GREEK ORTHODOX ARCHDIOCESE FOUNDATION, by and through GEORGE KERITSIS, TRUSTEE, Individually and On Behalf of All Others Similarly Situated, | Electronically Filed |
| Plaintiff, v. | Civil Action No. 1:08-CV-03013 (RWS) (ECF Case) |
| THE BEAR STEARNS COMPANIES INC., JAMES E. CAYNE, ALAN D. SCHWARTZ, WARREN J. SPECTOR, and SAMUEL L. MOLINARO, JR., | Hon. Robert W. Sweet |
| Defendants. | |

**NOTICE OF APPEARANCE OF JEFFREY C. BLOCK**

```
─────────────────────────────────── x
GILLES BRANSBOURG, Individually and On  :
Behalf of All Others Similarly Situated,  :
                                        :  Electronically Filed
                        Plaintiff,      :
        v.                              :
                                        :  Civil Action No. 1:08-CV-05054 (UA)
THE BEAR STEARNS COMPANIES INC.,        :  (ECF Case)
JAMES E. CAYNE, ALAN D. SCHWARTZ,       :
WARREN J. SPECTOR, and SAMUEL L.        :
MOLINARO, JR.,                          :
                                        :
                        Defendants.     :
─────────────────────────────────── x
```

## NOTICE OF APPEARANCE OF JEFFREY C. BLOCK

To the Clerk of the Court:

Please enter the appearance of Jeffrey C. Block of Berman DeValerio Pease Tabacco Burt & Pucillo, as counsel the State of Michigan Retirement Systems in the above-captioned matter.

DATED:  June 12, 2008                    Respectfully submitted,

                                         **BERMAN DeVALERIO TABACCO
                                         BURT & PUCILLO**

                                         By: /s/ Jeffrey C. Block
                                         Jeffrey C. Block (JCB-0387)
                                         Patrick T. Egan
                                         One Liberty Square
                                         Boston, Massachusetts 02109
                                         Telephone: (617) 542-8300
                                         Facsimile:  (617) 542-1194

| | |
|---|---|
| **BERMAN DeVALERIO TABACCO BURT & PUCILLO** | **LABATON SUCHAROW LLP** |
| Joseph J. Tabacco, Jr. (JJT-1994) | Thomas A. Dubbs (TD-9868) |
| Julie J. Bai | Christopher J. Keller (CK-2347) |
| 425 California Street | Andrei V. Rado (AR-3724) |
| Suite 2100 | Alan I. Ellman (AE-7347) |
| San Francisco, California 94104 | 140 Broadway |
| Telephone:    (415) 433-3200 | New York, New York 10005 |
| Facsimile:     (415) 433-6382 | Telephone: (212) 907-0700 |
| | Facsimile:  (212) 818-0477 |

*Attorneys for the State of Michigan Retirement Systems
and Proposed Lead Counsel for the Class*

2

## CERTIFICATE OF SERVICE

      I hereby certify that the Notice of Appearance of Jeffrey C. Block filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 12, 2008.

                                          /s/ Jeffrey C. Block
                                            Jeffrey C. Block