UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAZILL C. BECHER, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>THE BEAR STEARNS COMPANIES INC., *et al.*,<br><br>                    Defendants. | No. 08-cv-2866 (RWS) |

**SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT OF
DEFENDANT THE BEAR STEARNS COMPANIES INC.**

Pursuant to Federal Rule of Civil Procedure 7.1(b), the undersigned counsel of record for defendant The Bear Stearns Companies Inc. hereby states that on May 30, 2008, a wholly-owned subsidiary of JPMorgan Chase & Co. merged with and into The Bear Stearns Companies Inc. ("Bear Stearns"), with Bear Stearns continuing as the surviving corporation and a subsidiary of JPMorgan Chase & Co.  JPMorgan Chase & Co. is a publicly held corporation with no corporate parent.  No publicly traded corporation owns 10% or more of its stock.

Dated: June 13, 2008
New York, New York

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By:   /s/ Brad S. Karp
        Brad S. Karp

1285 Avenue of the Americas
New York, New York  10019-6064
Tel:    (212) 373-3000
Fax:   (212) 757-3990
Email:  bkarp@paulweiss.com

*Attorneys for The Bear Stearns Companies Inc.*