USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

JUL 1 6 2008

```
─────────────────────────────────── x
RAZILL C. BECHER, Individually and on Behalf  :
of All Others Similarly Situated,             :  Electronically Filed
                                              :
                    Plaintiff,                :
         v.                                   :  Civil Action No.: 1:08-CV-02866 (RWS)
                                              :  (ECF Case)
THE BEAR STEARNS COMPANIES INC.,              :
JAMES E. CAYNE, ALAN D. SCHWARTZ,             :  Hon. Robert W. Sweet
WARREN J. SPECTOR, SAMUEL L.                  :
MOLINARO, JR. and ALAN C. GREENBERG,          :
                                              :
                    Defendants.               :
─────────────────────────────────── x
GREEK ORTHODOX ARCHDIOCESE                    :
FOUNDATION, by and through GEORGE             :
KERITSIS, TRUSTEE, Individually and On        :  Electronically Filed
Behalf of All Others Similarly Situated,      :
                                              :
                    Plaintiff,                :  Civil Action No. 1:08-CV-03013 (RWS)
         v.                                   :  (ECF Case)
                                              :
THE BEAR STEARNS COMPANIES INC.,              :  Hon. Robert W. Sweet
JAMES E. CAYNE, ALAN D. SCHWARTZ,             :
WARREN J. SPECTOR, and SAMUEL L.              :
MOLINARO, JR.,                                :
                                              :
                    Defendants.               :
─────────────────────────────────── x
```

Upon the motion of Jeffrey C. Block, attorney for Plaintiffs in the above captioned case and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that:

    Patrick T. Egan
    Berman DeValerio Pease Tabacco Burt & Pucillo
    One Liberty Square, 8th Floor
    Boston, Massachusetts 02109
    (T) 617-542-8300
    (F) 617-542-1194
    pegan@bermanesq.com

is admitted to practice pro hac vice as counsel for Plaintiffs in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subjected to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward pro hac vice fee to the Clerk of the Court.

Dated: 7/15/08

City, State: NY, NY

United States District/~~Magistrate~~ Judge

**LAURA TAYLOR SWAIN U.S.D.J.**

Part I