```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X

EASTSIDE HOLDINGS, INC., Individually and
on Behalf of All Others Similarly Situated,

                        Plaintiff,
                                                    08 Civ. 2793 (RWS)
          - against -
                                                       O R D E R
THE BEAR STEARNS COMPANIES INC.,
JAMES E. CAYNE, ALAN D. SCHWARTZ,
WARREN J. SPECTOR, SAMUEL L.
MOLINARO, JR., and ALAN C. GREENBERG,

                        Defendants.
-----------------------------------------X

RAZILL C. BECHER, Individually and
on Behalf of All Others Similarly Situated,

                        Plaintiff,
                                                    08 Civ. 2866 (RWS)
          - against -
                                                       O R D E R
THE BEAR STEARNS COMPANIES INC.,
JAMES E. CAYNE, ALAN D. SCHWARTZ,
WARREN J. SPECTOR, SAMUEL L.
MOLINARO, JR., and ALAN C. GREENBERG,

                        Defendants.
-----------------------------------------X

GREEK ORTHODOX ARCHDIOCESE FOUNDATION, by
and through GEORGE KERITSIS, TRUSTEE,
Individually and on Behalf of All Others
Similarly Situated,

                        Plaintiff,
                                                    08 Civ. 3013 (RWS)
          - against -
                                                       O R D E R
THE BEAR STEARNS COMPANIES INC.,
JAMES E. CAYNE, ALAN D. SCHWARTZ,
WARREN J. SPECTOR, and SAMUEL L.
MOLINARO, JR.,

                        Defendants.
-----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
7/18/08

```
-------------------------------------------X
FREDERICK S. SCHWARTZ, Individually and
On Behalf of All Other Similarly Situated
Persons,

                    Plaintiffs,
                                              08 Civ. 4972 (RWS)
        - against -
                                              O R D E R
THE BEAR STEARNS COMPANIES,
JAMES E. CAYNE, ALAN D. SCHWARTZ, and
SAMUEL L. MOLINARO, JR.,

                    Defendants.
-------------------------------------------X
GILLES BRANSBOURG, Individually and
On Behalf of All Others Similarly Situated,

                    Plaintiffs,
                                              08 Civ. 5054 (RWS)
        - against -
                                              O R D E R
THE BEAR STEARNS COMPANIES INC.,
JAMES E. CAYNE, ALAN D. SCHWARTZ,
WARREN J. SPECTOR, and SAMUEL L.
MOLINARO, JR.,

                    Defendants.
-------------------------------------------X
```

**Sweet, D.J.,**

The Motion of the State of Michigan Retirement Systems for Consolidation, dated July 8, 2008, will be heard on submission, without oral argument, on August 13, 2008. All motion papers shall be served in accordance with Local Civil Rule 6.1.

It is so ordered.

**New York, NY**
**July 16, 2008**

_____
ROBERT W. SWEET
U.S.D.J.