|  | x |  |
|---|---|---|
| RAZILL C. BECHER, Individually and on Behalf of All Others Similarly Situated, | : | Electronically Filed |
|  | : |  |
| Plaintiff, | : |  |
| v. | : | Civil Action No.: 1:08-CV-02866 (RWS) |
|  | : | (ECF Case) |
| THE BEAR STEARNS COMPANIES INC., JAMES E. CAYNE, ALAN D. SCHWARTZ, WARREN J. SPECTOR, SAMUEL L. MOLINARO, JR. and ALAN C. GREENBERG, | : | Hon. Robert W. Sweet |
|  | : |  |
| Defendants. | : |  |
|  | x |  |
| GREEK ORTHODOX ARCHDIOCESE FOUNDATION, by and through GEORGE KERITSIS, TRUSTEE, Individually and On Behalf of All Others Similarly Situated, | : | Electronically Filed |
|  | : |  |
| Plaintiff, | : | Civil Action No. 1:08-CV-03013 (RWS) |
| v. | : | (ECF Case) |
|  | : |  |
| THE BEAR STEARNS COMPANIES INC., JAMES E. CAYNE, ALAN D. SCHWARTZ, WARREN J. SPECTOR, and SAMUEL L. MOLINARO, JR., | : | Hon. Robert W. Sweet |
|  | : |  |
| Defendants. | : |  |
|  | x |  |

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/08
```

Upon the motion of Jeffrey C. Block, attorney for Plaintiffs in the above captioned case and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that:

> Justin N. Saif
> Berman DeValerio Pease Tabacco Burt & Pucillo
> One Liberty Square, 8th Floor
> Boston, Massachusetts 02109
> (T) 617-542-8300
> (F) 617-542-1194
> jsaif@bermanesq.com

is admitted to practice pro hac vice as counsel for Plaintiffs in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subjected to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward pro hac vice fee to the Clerk of the Court.

Dated: 8/4/08

City, State: NY, NY

_____
United States District/Magistrate Judge

Part I